# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>David MAGANA,<br><br>　　　　　　Defendant. | Case No.: '24 MJ1297 VET<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about April 2, 2024, within the Southern District of California, David MAGANA did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

## COUNT 2

On or about April 2, 2024, within the Southern District of California, David MAGANA did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Guillermo Diaz
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 3rd day of April 2024.

_____
Honorable Valerie E. Torres
United States Magistrate Judge

# STATEMENT OF FACTS

On April 2, 2024, at approximately 03:20 AM, David MAGANA, ("MAGANA"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro POE in vehicle lane #16. MAGANA was the driver, sole occupant, and registered owner of a 2012 Honda Civic ("the vehicle") bearing CA license plates.

A Customs and Border Protection Officer ("CBPO") was conducting pre-primary operations and conducted an inspection of MAGANA. The CBPO received two negative Customs declarations from MAGANA. The CBPO asked MAGANA if he recently had work done to the vehicle and MAGANA stated no. The CBPO asked if anyone had control of the vehicle and MAGANA stated no. MAGANA stated he was crossing the border to go to Chula Vista, California.

A CBPO screened the vehicle with a Human and Narcotic Detection Dog ("HNDD") and the HNDD alerted to the passenger side door of the vehicle.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear seats, driver and passenger doors, and the rear quarter panels on both sides of the vehicle.

Further inspection of the vehicle resulted in the discovery of 105 total packages concealed in the center console, doors, and quarter panels of the vehicle. 100 of the packages contained a substance, a sample of which field tested positive for the characteristics of methamphetamine, with a total approximate weight of 46.98 kgs (103.57 lbs.); five of the packages contained a substance, a sample of which field tested positive for the characteristics of Fentanyl, with a total approximate weight of 5.38 kgs (11.86 lbs.).

MAGANA was placed under arrest at approximately 6:45 am.

During a post-Miranda interview, MAGANA denied knowledge that the narcotics were in the vehicle. MAGANA stated that he was going to work. In contradiction to what MAGANA stated to the CBPO during his inspection, MAGANA stated that he dropped the vehicle off at a mechanic shop in Tijuana on the morning of April 1, 2024, picked the vehicle up in the evening, and went home to sleep. MAGANA stated that he woke up early April 2, 2024, and drove to the San Ysidro Port of Entry to go to work.

MAGANA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.